[No. 4391-6-III. Division Three. July 22, 1982.]

ALFONSO M. AGUILAR, ET AL, *Respondents,* v. EDDIE MAY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Chelan County, No. 34011, Charles W. Cone, J., entered February 10, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.

[No. 5053-6-II. Division Two. July 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TALIVALDIS MARIS PORIETIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 7382, Thomas R. Sauriol, J., entered September 3, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 5129-0-II. Division Two. July 26, 1982.]

*In the Matter of the Welfare of*
LYNN LEE HANSEN.

Appeal from a judgment of the Superior Court for Pierce County, No. 772112, Paul M. Boyle, J. Pro Tem., entered October 6, 1980. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Petrie and Worswick, JJ.

[No. 10122-6-I. Division One. July 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL PHILLIPS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-03308-1, Horton Smith, J., entered March 10, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Ringold, JJ.